*E-Filed 7/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLEEP DEPRIVATION, et al.,<br><br>　　　　Defendants. | No. C 14-1172 RS (PR)<br><br>**ORDER OF DISMISSAL;**<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |

　　　Plaintiff's allegations regarding conflicts of interest, harassment, and that bad air is causing him to cough himself awake at night have been raised in other actions, e.g., *Weaver v. First Watch, et al.*, 14-cv-00005-RS (dismissed for failure to state a claim) and *Weaver v. First Watch, et al.*, 14-cv-00453-RS (same), *Weaver v. First Watch*, et al., 14-cv-00685-RS (dismissed as duplicative). Accordingly, this civil rights action is DISMISSED with prejudice as duplicative. *Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). Plaintiff's application to proceed *in forma pauperis* (Docket No. 3) is DENIED because the action is frivolous, the claims having been raised and rejected in other actions. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987). The Clerk shall enter judgment in favor of defendants, terminate Docket No. 3, and close the file.

　　　**IT IS SO ORDERED**.

DATED: July 10, 2014

　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　United States District Judge